**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-cv-62637-ALTMAN**

**ALIYA ZHETIBAY**,

*Petitioner*,

*v.*

**WARDEN, BROWARD TRANSITIONAL CENTER**, *et al.*,

*Respondents*.
_________________________________/

# ORDER

The Petitioner, Aliya Zhetibay, has filed an Amended Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, challenging her continued immigration detention. *See* Amended Petition [ECF No. 10]. She asks us to "grant the writ and order [her] release forthwith," either unconditionally or on appropriate conditions of supervision. *Id.* at 8 (cleaned up).

We ordered the Respondents ("Government") to show cause why the writ shouldn't be granted. *See* Order to Show Cause [ECF No. 12]. The Government responded in one sentence: "[T]he United States Attorney's Office wishes to advise the Court that it does not oppose [Zhetibay]'s release." Response [ECF No. 13] at 1 (cleaned up). That resolves this case.

Section 2243 requires the Government's return to "certify[ ] the true cause of the detention" and directs us to "dispose of the matter as law and justice require." 28 U.S.C. § 2243 (cleaned up). Since the Government gives us no reason for Zhetibay's continued detention, there's no factual dispute for us to resolve. And "[h]abeas is at its core a remedy for unlawful executive detention," for which "[t]he typical remedy . . . is, of course, release." *Munaf v. Geren*, 553 U.S. 674, 693 (2008) (cleaned up).

*    *    *

After careful review, we **ORDER AND ADJUDGE** as follows:

1. The Amended Petition [ECF No. 10] is **GRANTED**.

2. The Government shall **RELEASE** the Petitioner from immigration detention.

3. The Government shall file a notice certifying its compliance with this Order within three days of the Petitioner's release.

4. All pending motions are **DENIED as moot**.

5. The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in the Southern District of Florida on October 5, 2026.

**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record